PROBATION FORM NO. 35
(1/92)

FILED

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

2007 APR 13 P 12:31

# United States District Court

## FOR THE

### DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.                                                 Crim #:    3:04CR00290(JCH)

George Burkhardt                         Re: **Early Termination of Supervision**

On **3-16-05** the above named was placed on **PROBATION** for a period of **3** years. He has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that he/she be discharged from supervision.

Respectfully submitted,

_____
Otto Rothi
U. S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated *as of March 15, 2007*

Dated this *12* day of *April*, 2007.

_____
The Honorable Janet C. Hall
United States District Court Judge

CR

RECEIVED
207 MAR 15 AM 10: 53
U.S. PROBATION OFFICE
HARTFORD

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA :
: 3:04CR290(JCH)
V. :
: MARCH 13, 2007
GEORGE BURKHARDT :

## MOTION TO TERMINATE PROBATION

The Defendant in the above-entitled action hereby moves to terminate his probation. In support hereof, the Defendant submits the following:

1. On September 29, 2004, the Defendant pled guilty to a one count Information charging him with Wire Fraud, in violation of 18 U.S.C. § 1343.

2. On March 9, 2005, the Defendant was sentenced by the Court (Hall, U.S.D.J.) to a three-year term of probation.

3. Since the date of the imposition of sentence, the Defendant has satisfied each and every condition of probation. The Defendant is successfully employed in the State of Florida.

4. The Defendant submits that the past two years of supervision have served the purposes of rehabilitation.

5. The undersigned has contacted Mr. Burkhardt's Connecticut federal probation officer (Otto Rothi), and he has no objection to this request. According to Mr. Rothi, he has spoken to Mr. Burkhardt's Florida probation officer, and that officer takes no position regarding this request.

6. The undersigned has contacted Assistant United States Attorney Stephen Reynolds, and he defers to the position of the Connecticut federal probation officer.

WHEREFORE, the Defendant requests that this Motion be granted.

THE DEFENDANT
GEORGE BURKHARDT

By /s/_____
 FRANK J. RICCIO
 LAW OFFICES OF FRANK J. RICCIO LLC
 P.O. BOX 491
 BRIDGEPORT, CT 06601-0491
 Fed Bar #CT 00148
 (203) 333-6135 (phone)
 (203) 333-6190 (fax)
 fricciojd@aol.com (email)
 www.ricciolaw.com (site)

## CERTIFICATION

This certifies that a copy of the foregoing has been mailed, postage prepaid, on March 13, 2007 to: Otto Rothi, U.S. Probation Officer, Office of U.S. Probation, 450 Main Street, Hartford, CT 06103; Stephen B. Reynolds, Esq., Assistant United States Attorney, 915 Lafayette Boulevard., Room 309, Bridgeport, CT 06604; and ~~David Farinacci~~, U.S. Probation Officer, U.S. Probation Office, 505 S 2nd Street, Ste. 320, Fort Pierce, FL 34950-1505.

 Dan Osking

By /s/_____
 FRANK J. RICCIO
 LAW OFFICES OF FRANK J. RICCIO LLC